# EXHIBIT A

**G&A Partners**                                                **EMPLOYMENT AGREEMENT**

You are co-employed by G&A PARTNERS ("G&A") and Client to perform services for Client. G&A entered into an agreement with Client to provide administrative and employment services and is currently hiring you to work on assignment with Client as a member of the Client's regular workforce. If in the future you become assigned to any other Client of G&A, this agreement would continue to apply. Your employment relationship with G&A will be active only while you are on assignment to a Client. Client will be your co-employer and also third party beneficiary of this Agreement.

**Freedom of Tenure.** Your employment with both G&A and Client is entirely at-will, unless otherwise prohibited by law. Either you or G&A may end your employment relationship with G&A at any time. Advance notice and reasons for termination are encouraged but are not required. No agreement that imposes conditions of employment or employment termination different from those of this Agreement will be valid unless it is in a writing signed by the President or Vice President of G&A. Similarly, your assignment to a Client may be ended by you or the Client. If this happens, you will no longer be an active employee of G&A.

**Your Duties.** You will devote all of your time, energy, and relevant skill to the tasks assigned to you by Client, and you will faithfully and industriously perform them according to Client's management and operational policies and decisions. You may not hire assistants or substitutes.

**Your Compensation and Benefits.** Your wages or salary will be disclosed to you and will be subject to your agreement before you embark on employment or assignment. It will be documented in G&A's computer and administrative systems. Our benefit plan documents and other policies will set benefits, pay procedures, expense procedures, or other policies that affect you. You acknowledge that you will obtain and read the terms and conditions of these benefits, procedures, and policies. You agree to abide by the rules and policies, as they exist and as they may be modified or supplemented from time to time in our sole discretion. The terms and conditions of all employee benefits offered by G&A are described in and governed by applicable benefit plan documents.

**Non-Discrimination.** If you become aware of or are subjected to: (1) any type of discrimination, including but not limited to discrimination because of age, race, sex, pregnancy, national origin, religion, citizenship status, color, mental or physical handicap or disability, veteran status, military status, genetic information, or any other characteristic protected by federal, state or local law, (2) prohibited retaliation for asserting any employment rights, including but not limited to retaliation or discrimination for filing a workers' compensation claim, hiring an attorney in connection with a workers' compensation claim, testifying in a workers' compensation hearing or otherwise participating in a workers' compensation proceeding; and/or (3) any type of workplace harassment, including sexual harassment, you are required to immediately contact the G&A Human Resources Manager at 1-866-497-4222 in order to obtain assistance in resolving such matters. This expectation applies regardless of which company employs the person accused of improper conduct.

**Payroll.** You agree to immediately notify G&A **in writing** of any and all payments and/or agreements between you and Client regarding compensation, commissions, expense reimbursement, bonuses or compensation of any other kind. Changes in your compensation will be effective only when your written notice is provided to, and the change is approved by, G&A at its headquarters. All hours that you work (including overtime) must be timely reported to G&A. No one has authority to require you to fail to report the time that you work. If you are asked to submit an inaccurate timesheet or if your paycheck does not correctly reflect the time you worked or all compensation you have been promised by anyone, you must immediately call G&A's Human Resources Manager toll free at 1-866-497-4222.

**Client Default.** G&A has contracted with its Client to pay your base wages, including any reported overtime, except that you agree that, if you are non-exempt under the Fair Labor Standards Act, for any pay period for which G&A does not receive payment in full from Client before the processing of that pay period, your rate of pay due from G&A will be the applicable minimum wage, except where prohibited by law. All other compensation, such as vacation pay, holiday pay, sick leave pay, parental leave pay, severance pay, bonuses, commissions, stock options grants, late or supplemental payments of the difference between your total pay rate and the amounts paid by G&A under the first sentence of this paragraph, or deferred compensation are the responsibility of Client. Although G&A has agreed to process Client's payments for compensation other than base pay, G&A has not contracted to pay or be financially responsible for such payments. You hereby assign to G&A all of your rights to collect from Client any compensation (exclusive of any penalties, interest, and waiting time charges) that Client is obligated to pay to you but that is actually paid to you by G&A.

**Unemployment Insurance.** If Client terminates your employment or lays you off or reduces your work hours, you must contact G&A by the end of the next business day after that event in order to seek potential reassignment to a new position and to remain on active status with G&A. You must contact the G&A Human Resources Manager by calling 1-866-497-4222 and requesting reassignment. Your failure to contact G&A by the end of next business day after the event could, where legally permissible, interfere with your ability to obtain unemployment

**G&A Partners**                                **EMPLOYMENT AGREEMENT**

insurance benefits. Reassignment will depend on your skills and experience and the needs of G&A's clients and as a result cannot be guaranteed.

**Confidential Information, Trade Secrets, and Intellectual Property.** In your employment with G&A, you may be exposed to Client's trade secrets or other confidential information. During and after your employment with G&A ends, you shall not reveal or make use of such confidential information, except in the proper performance of your employment duties. When your employment terminates, and at any other time at our request, you shall promptly deliver to us or to Client all of such confidential information then in your possession or control. Every invention, discovery, creation, and copyrightable work that you produce in the course of your employment is a "work for hire" under the law, and you will not claim or acquire any rights to it. If you nevertheless acquire rights to such a work, you agree to assign and hereby do assign those rights to us or to Client without compensation and will execute any documents necessary to accomplish the assignment. Applicable state law may provide detailed guidance on what works are considered to be produced in the course of your employment.

**Notice of PEO Arrangement.** G&A is a Professional Employer Organization that is licensed or registered as such in every state in which it operates that has such requirements and that has a written agreement with Client respecting the relationship between them. G&A may be contacted at 17220 Katy Freeway, Suite 350, Houston, TX 77094 or by phone at 1-866-497-4222. G&A is subject to the requirements of South Carolina Code Section 40-68-70(A)(2)

**Dispute Resolution.** To the fullest extent permitted by law, all disputes between you and G&A or between you and all Clients to which you are assigned shall be resolved in accordance with the G&A Alternate Dispute Resolution Plan, a copy of which will be provided to you upon your request. You may receive a copy of the Alternate Dispute Resolution Plan at any time by calling 1-866-497-4222. HOWEVER, YOU SHALL HAVE NO RIGHT OR AUTHORITY TO HAVE ANY DISPUTE BROUGHT, HEARD, OR ARBITRATED AS A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR IN A REPRESENTATIVE CAPACITY ON BEHALF OF ANY PERSON NOR SHALL YOU HAVE ANY RIGHT OR AUTHORITY TO JOIN ANY SUCH ACTION. FURTHERMORE, THE ARBITRATOR SHALL HAVE NO RIGHT TO CERTIFY, CONSOLIDATE, OR COLLECTIVELY ARBITRATE MULTIPLE INDEPENDENT CLAIMS, UNLESS OTHERWISE PROHIBITED BY LAW.

**General**. This agreement supersedes any and all prior agreements, written or oral, regarding your employment with G&A, except that this Agreement shall not in any way supersede, affect, modify, or nullify any agreement you have entered into with G&A or Client which obligates you to protect G&A's or Client's confidential information or to refrain from competing with G&A after your employment is terminated. This Agreement also does not supersede any employment agreement between Employee and Client. This Agreement may not be changed or revoked orally. If any provision of this agreement is found to be unenforceable by a court, the remainder of the agreement shall be enforced and given full force and effect.

This agreement relates only to your employment with G&A and to those agreements or obligations to Client that are contained herein. Termination of the employment relationship with G&A does not necessarily terminate any employment relationship with Client.

Employee acknowledges that he/she has received a copy of the Client and G&A Employee Handbook (or has been instructed and enabled in how to obtain or electronically access it), and that as part of the co-employment agreement, he/she understands and agrees to follow all of the policies and procedures set forth in it.

Employee agrees that if the employee separates from assignment to a Client and is reassigned by G&A within twelve months (12) from the date this Agreement was signed, the following documentation will automatically reactivate: W-4 (unless the employee wishes to change it), I-9 form, Authorization for Release of Information, Drug Policy, and Employment Agreement.

*cory burgess* (signature)

**Employee Signature**

CORY BURGESS

**Employee Name (please print)**

06/17/19

**Date**

Sign

# "Employment Agreement" Status Report

| | |
|---|---|
| Created: | June 17, 2019 |
| By: | CORY BURGESS (cory.burgess7@gmail.com) |
| Status: | SIGNED |
| Transaction ID: | da1e3a220e2b5b1e45529e634b90dc61 |

G&A Partners — Time to grow. | OnBoarding

**Document created & esigned by CORY BURGESS (cory.burgess7@gmail.com)**
June 17, 2019 - 13:50 pm (UTC) - 173.11.176.157