United States District Court
Southern District of Texas
**ENTERED**
September 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CORY BURGESS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-21-1954 |
| § | |
| COLE ABA SOLUTIONS, INC., § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion to Compel, this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue arbitration against Defendants.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 21st day of September, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE